## BARWICK v. BARWICK.

APPEAL—DISMISSAL OF.—Where appellant does not file his case and exceptions in the office of the clerk of the Circuit Court as required by C. C. R. XLIX., the appeal will be dismissed by the Court on motion.

Motion by respondent in L. S. Barwick, plaintiff, respondent, *v.* W. D. Barwick, defendant, appellant, to dismiss appeal.

*Mr. W. C. Davis,* for the motion.

*Mr. M. C. Galluchat,* contra.

January 4, 1901. PER CURIAM. This motion is made by the respondent to dismiss the appeal herein because the "Case" and exceptions were not filed in the office of the clerk of the Circuit Court within ten days after notice, as required by Rule XLIX. of the Circuit Court. The affidavits submitted show that the "Case" and exceptions were not filed in said office, and it is, therefore,

Ordered, that the appeal herein be dismissed.